UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON FIRLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01991-JPH-MKK |
| | ) |
| RAI CARE CENTER EMERSON AVE - | ) |
| NEW CASTLE, | ) |
| CT CORPORATION SYSTEMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge M. Kendra Klump has entered a Report and Recommendation recommending that this case be dismissed because Plaintiff, Jason Firle, "is deceased and no person has moved to substitute for him in this action within 90 days of the notice of his death." Dkt. 23. No objections to the report and recommendation have been filed, and the time to object has passed. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [23]. This case is **DISMISSED with prejudice**. *See Russell v. City of Milwaukee*, 338 F.3d 662m 663 (7th Cir. 2003). The previous motion to dismiss is **DENIED as moot**. Dkt. [8].

**SO ORDERED**.

Date: 5/29/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

Brady Firle
1518 Grand Ave.
New Castle, IN 47362-3222